IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 20-00039/ESL7 |
| NORMA IRIS CONCEPCION PAGAN | * |
| | * CHAPTER 7 |
| DEBTOR | * |

**CERTIFICATE OF SERVICE
RE: OBJECTION TO CLAIM NO 3-1 FILED BY BANCO POPULAR DE PUERTO RICO DATED APRIL 17, 2020**

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on April 18, 2020, a true copy of the *Debtor's Objection to Claim No 3-1 Filed by Banco Popular de Puerto Rico*, in the above captioned case, Docket No. 24. Was sent via U.S. Postal Service certified mail, to the following:

**Ignacio Álvarez, President of Banco Popular de Puerto Rico
PO Box 362708, San Juan PR 00936-2708
Certified U.S. Mail #70171070000105981186**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 20th day of April, 2020.

*/s/Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfc@rfigueroalaw.com

